IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               2:10-CR-0055 KJM

   vs.

JOSE SERRANO-VILLALOBOS,

        Movant.                 <u>ORDER</u>

_____/

        On October 10, 2013, movant Jose Serrano-Villalobos filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The docket reflects that movant filed a notice of appeal on December 13, 2012. ECF No. 101. The Ninth Circuit's docket reflects that counsel has filed a no-issues brief under *Anders v. California*, 386 U.S. 738 (1967), but that the Court of Appeals has not yet undertaken its independent review of the case. *United States v. Villalobos*, No. 12-10643.

        "[A] district court should not entertain a [2255 motion] while there is an appeal pending . . . ." *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991). Accordingly, the court DENIES the instant motion, ECF No. 128, without prejudice.

        IT IS SO ORDERED.

DATED: November 5, 2013.

                                      UNITED STATES DISTRICT JUDGE